**Order entered April 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00037-CR

**JOHN KENNETH WEEKLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F-0955995-H**

## ORDER

The Court **REINSTATES** the appeal.

On February 18, 2015, we ordered the trial court to make findings regarding appellant's motion to dismiss appointed counsel and proceed pro se. The trial court conducted a hearing and advised appellant of the dangers and disadvantages of self-representation. Appellant signed a document stating he was waiving his right to be represented by counsel.

Accordingly, we **GRANT** appellant's February 17, 2015 motion to dismiss counsel and proceed pro se. We **DIRECT** the Clerk to remove Catherine Bernhard as appellant's appointed attorney of record and to show that appellant is representing himself on this appeal.

No hearing was conducted on appellant's motion for post-conviction DNA testing. Further, the record of the hearing on appellant's motion to dismiss counsel showed that Ms.

Bernhard had already given appellant part of the record and was going to provide him a copy of the supplemental clerk's record.

We **GRANT** appellant's April 6, 2015 motion to extend time to file his brief only to the extent that we **ORDER** appellant to file his brief by **MONDAY, JUNE 8, 2015**. We remind appellant that pro se appellants are held to the same standards as licensed attorneys and that he will be required to comply with all applicable laws and rules of procedure. *See Johnson v. State*, 760 S.W.2d 277, 279 (Tex. Crim. App. 1988); *Williams v. State*, 549 S.W.2d 183, 187 (Tex. Crim. App. 1977). If appellant's brief is not filed by the date specified, the Court will, without further notice, order the appeal submitted without briefs. *See* TEX. R. APP. P. 38.8(b); *Lott v. State*, 874 S.W.2d 687 (Tex. Crim. App. 1994).

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to John Kenneth Weekley, BIN 15013405, Dallas County Jail, P.O. Box 660334, Dallas, Texas 75266-0334.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Catherine Bernhard and the Dallas County District Attorney's Office.

/s/     ADA BROWN
       JUSTICE